# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**TAKEYA McEWEN**                                                          **PLAINTIFF**

**VS.**                              **CASE NO. 2:11CV00230 JMM**

**MICHAEL ASTRUE, Commissioner,**
**Social Security Administration**                            **DEFENDANT**

## ORDER

On June 14, 2012, Magistrate Judge H. David Young filed a recommendation that Plaintiff's complaint be dismissed based upon her failure to respond to the Court's scheduling order which set deadlines for the filing of Plaintiff's brief. Plaintiff has now filed a timely response to that recommendation explaining her delay in filing her brief. Based upon Plaintiff's response, the Court finds the Magistrate Judge's Proposed Findings and Recommendation moot (#20) and refers the case back to the Magistrate Judge for appropriate action.

IT IS SO ORDERED THIS  29  day of  June , 2012.


*James M. Moody*
James M. Moody
United States District Judge