**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**TAKEYA McEWEN**                                                                   **PLAINTIFF**

**VS.**                            **CASE NO. 2:11CV00230 JMM**

**MICHAEL ASTRUE, Commissioner,
Social Security Administration**                                 **DEFENDANT**

## ORDER

On June 14, 2012, Magistrate Judge H. David Young filed a recommendation that Plaintiff's complaint be dismissed based upon her failure to respond to the Court's scheduling order which set deadlines for the filing of Plaintiff's brief.  Plaintiff has now filed a timely response to that recommendation explaining her delay in filing her brief.  Based upon Plaintiff's response, the Court finds the Magistrate Judge's Proposed Findings and Recommendation moot (#20) and refers the case back to the Magistrate Judge for appropriate action.

IT IS SO ORDERED THIS   29   day of   June  , 2012.

                                                   _____
                                                   James M. Moody
                                                   United States District Judge