IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

TAKEYA McEWEN                                               PLAINTIFF

VS.                    CASE NO. 2:11-CV-00230-BSM/HDY

MICHAEL ASTRUE, Commissioner,
   Social Security Administration                           DEFENDANT

## PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Court Judge Brian S. Miller. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

   1.    Why the record made before the Magistrate Judge is inadequate.

      2.      Why the evidence proffered at the hearing before the District Judge (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

      3.      The detail of any testimony desired to be introduced at the hearing before the District Judge in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

**DISPOSITION**

The plaintiff filed a *pro se* complaint initiating this case on December 9, 2011. On February 17, 2012, the Court entered a scheduling order directing the plaintiff to file her brief by March 28, 2012. On March 12, the plaintiff filed a motion to continue, noting that she was "in the process of obtaining legal representation. . ." Docket entry no. 15. The Court granted the motion to continue, instructing the plaintiff to file her brief on or before May 4, 2012. Docket entry no. 16. No brief or other pleading was received by the Court. On May 15, 2012, the Court, out of an abundance of caution, extended the time for filing the brief until May 31, 2012. Docket entry no. 18. The Court also noted in the May 15 Order, "Failure to communicate with the Court and/or comply with this Order may result in dismissal of the case." On June 14, 2012, the undersigned noted that the plaintiff had not filed her brief or otherwise responded to the Court Orders of March 13 or May 15,

and recommended dismissal on that basis. Docket entry no. 20. The plaintiff responded to the undersigned's Report and Recommendations, explaining her delay in filing her brief. As a result, the Report and Recommendation was ruled to be moot and the case referred back to the undersigned for appropriate action. Docket entry no. 23.

No further action was taken by the plaintiff. On December 6, 2012, the Court directed the plaintiff to file her brief on or before January 23, 2013, and warned that "Failure to communicate with the Court and/or comply with this Order may result in dismissal of the case." Docket entry no. 28. The Court has not received a brief or other response from the plaintiff.

Based upon the plaintiff's failure to respond to the Court's Orders and upon Local Rule 5.5(c)(2), we recommend the complaint be dismissed.

IT IS SO ORDERED this __14__ day of February, 2013.

_____
UNITED STATES MAGISTRATE JUDGE